UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

NGM INSURANCE COMPANY f/k/a
NATIONAL GRANGE MUTUAL INSURANCE COMPANY.
a Florida corporation,

Plaintiff,

v.                                                              Civil Action No.:  3:07CV536

SECURED TITLE & ABSTRACT, INC.,
a Virginia Corporation, *et als.*,

Defendants.

NOTICE OF HEARING

PLEASE TAKE NOTICE that on Monday, March 31, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will move for entry of an Order granting leave of Court to counsel for defendants, crossclaim defendants and third-party plaintiffs, Secured Title & Abstract, Inc., Janelle Davis and Larry Davis, to withdraw as counsel in the above styled matter as requested in the previously filed Motion for Withdrawal of Counsel

Dated:  March 19, 2008

CHARLES W. HUNDLEY,
JONATHAN B. MACDONALD, AND
CHERRY, SEYMOUR & HUNDLEY, P.C.

By:_____/S/_____
        Of Counsel

Jonathan B. Macdonald (VSB # 20747)
Cherry, Seymour & Hundley, P.C.

1

707 East Main Street, Suite 475
Richmond, Virginia 23219-2802
Telephone:    (804) 644-0575
Telecopier:    (804) 648-5811
*Counsel for defendants, crossclaim defendants and
Third-party plaintiffs Secured Title & Abstract, Inc.,
Larry Davis and Janelle Davis*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of Mach, 2008, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send a

notification of such filing (NEF) to the following counsel of record:

Richard Thomas Pledger
Benjamin P. Heidt
William V. Riggenbach
WallacePledger LLC
7100 Forest Avenue, Suite 302
Richmond, VA 23226
    *Counsel for Plaintiff NGM Insurance Company f/k/a*
    *National Grange Mutual Insurance Company*

Blackwell N. Shelley, Jr.
Tim Schulte
Shelley & Schulte, PC
700 East Franklin Street
P.O. Box 605
Richmond, Virginia 23218-0605
    *Counsel for Defendant and Crossclaim Plaintiff*
    *David R. Licklider*

Cullen Dennis Seltzer
SeltzerGreene, PLC
1111 East Main Street, Suite 1720
Richmond, Virginia 23219
    *Counsel for Defendant Victoria Licklider*

Daniel F. Basnight
Kaufman & Canoles, P.C.
11817 Canon  Boulevard, Suite 408
Newport News, Virginia 23606
    *Counsel for Defendant First American*
    *Title Insurance Company*

Richard G. Nord
10625 Jones Street
Fairfax, Virginia 22030-5116
    *Counsel for Defendants William A. Howard and*
    *Sharon L. Howard*

3

Sean Patrick Roche
Odin, Feldman & Pittleman, P.C.
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22031
    *Counsel for Intervenor Defendant*
    *Stewart Title Guaranty Company*

Robert D. Perrow, Esquire
Williams Mullen
Two James Center
1021 East Cary Street
P.O. Box 1320
Richmond, Virginia 23218-1320
    *Counsel for Third-Party Defendant*
    *United Bank*

Mary Jane Hall
Kaufman & Canoles PC
150 W. Main Street
P.O. Box 3037
Norfolk, Virginia 23510
    *Counsel for First American Title Ins. Co.*

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Richard G. Nord
10625 Jones Street
Fairfax, Virginia 22030-5116

Wells Fargo Bank, N.A.
Corporation Service Company, Registered Agent
11 South 12th Street
Richmond, Virginia 23218

Appalachian Title
Frank Treutlein, Owner
316 Warren Avenue, #8
Front Royal, Virginia 22630

Sonya Vasileva
2313 Tower Avenue
Winchester, Virginia 22601

Kiril Vasileva
2313 Tower Avenue
Winchester, Virginia 22601

Christopher P. Kees
2922 Sorrell Court
Winchester, Virginia 22601

Tara R. Mellott
2922 Sorrell Court
Winchester, Virginia 22601

And I further certify that I will mail the documents by U.S. Mail to the following Parties:

Secured Title & Abstract, Inc.
Route 1, Box 301
Highview, West Virginia 26808

Mr. Larry T. Davis
Route 1, Box 301
Highview, West Virginia 26808

Mrs. Janelle M. Davis
Route 1, Box 301
Highview, West Virginia 26808

_____/S/_____
Jonathan B. Macdonald (VSB # 20747)
Cherry, Seymour & Hundley, P.C.
707 East Main Street, Suite 475
Richmond, Virginia 23219-2802
Telephone:    (804) 644-0575
Telecopier:    (804) 648-5811
e-mail: jmacdonald@cherryseymourhundley.com
    *Counsel for Defendants, Crossclaim Defendants and
    Third-Party Plaintiffs Secured Title & Abstract, Inc.,
    Janelle Davis and Larry Davis*

5