**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**NGM INSURANCE COMPANY
f/k/a NATIONAL GRANGE MUTUAL
INSURANCE COMPANY,**

          **Plaintiff,**

v.                                                    Civil Action No.  3:07CV536

**SECURED TITLE & ABSTRACT, INC.,**
a Virginia Corporation, et al.,

          **Defendants.**

**ORDER**

The Court, having directed the Defendants, Secured Title & Abstract, Inc. (Secured), Larry T. Davis, and Janelle M. Davis, to obtain substitute counsel by April 10, 2008, and to notify the Court accordingly before the Court would rule on the motion to withdraw on their behalf by present counsel of record, Jonathan B. Macdonald, Esquire (Macdonald), for reasons not yet fully disclosed, Macdonald citing issues of attorney/client privilege for non-disclosure; the Defendants not having obtained substitute counsel by the deadline; it being noted that a corporation such as Secured cannot proceed without counsel; and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

(1) Macdonald shall submit to the Court, under seal, for its *in camera* inspection, by 5:00 p.m. on April 18, 2005, a full statement as to the circumstances that support his request to withdraw; and

(2) The Court, upon review of said statement, will then determine whether it is necessary and/or appropriate for disclosure of said statement to other counsel of record before ruling on the motion to withdraw.

Let the Clerk forward a copy of this Order to all counsel of record.

It is so Ordered.

_____/s/_____
Dennis W. Dohnal
United States Magistrate Judge

Dated: 4/14/08