IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| **NGM INSURANCE COMPANY f/k/a NATIONAL GRANGE MUTUAL INSURANCE COMPANY,** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | CIVIL NO. 3:07CV536 |
| **SECURED TITLE & ABSTRACT, INC.,** et al., | ) ) ) ) | |
| **Defendants.** | ) ) ) | |

## ORDER

This matter is before the Court on the Cross Claimant/Defendant David R. Licklider's Motion for Default Judgment against Cross Defendant Secured Title & Abstract, Inc. (Docket No. 95). As Secured Title & Abstract, Inc. has failed to appear and respond in a timely fashion, with counsel, it is hereby ORDERED that the motion for default judgment is GRANTED, with Secured Title & Abstract, Inc. being held jointly and severally liable with Cross Defendants Larry T. Davis and Janelle M. Davis for the same relief as Ordered this same date against them in regard to the claim (Cross Claim Count I) for breach of fiduciary duty.

Let the Clerk forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

_____/s/_____
Dennis W. Dohnal
United States Magistrate Judge

Date: September 11, 2008
Richmond, Virginia