AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern----------------------- DISTRICT OF ----------------Virginia-------------------
Richmond Division

NGM Insurance Company f/k/a
National Grange Mutual Insurance Company,

    Plaintiff,

v.

                                                  **JUDGMENT IN A CIVIL CASE**

Secured Title & Abstract, Inc., et al.,               Case number: 3:07CV536

    Defendant.

**Decision by Court**. This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Cross-Claimant/Defendant David R. Licklider in the total amount of Thirty-Eight Thousand Seven Hundred Ninety-Two and 66/100 ($38,792.66) Dollars for attorneys' fees and costs incurred by Cross-Claimant's counsel, plus interest, the Cross-Defendants (the Davies and Secured Title) being jointly and severally liable for the total amount due

October 17, 2008                                      FERNANDO GALINDO,
Date                                                       Clerk

                                                                         /s/
                                                             (By) Deputy Clerk