AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------ DISTRICT OF ----------------Virginia--------

Richmond Division

F I L E D
DEC 23 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

NGM Insurance Company f/k/a National Grange Mutual Insurance Company,

    Plaintiff,

v.

Secured Title & Abstract, Inc.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case number:
3:07CV536

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒☐ **Decision by Court.** *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Cross-Claimant/Defendant David R. Licklider in the total amount of $112,857.76, the Cross Claim-defendants, Secured Title & Abstract, Inc., Larry Davis, and Janelle Davis being jointly and severally liable for the total amount due, and statutory interest in the prescribed amount will attach from May 10, 2007, forward; .

December 23, 2008
Date

FERNANDO GALINDO,
Clerk

*(signature)*

(By) Deputy Clerk